UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT BIDDULPH, NORMA A. BIDDULPH,

        Plaintiffs,

vs.                                          Case No.   2:05-cv-65-FtM-33DNF

J.C. PENNEY CORPORATION, INC., a
foreign corporation,

        Defendant.

_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Mediation (Doc. #17) filed on May 16, 2005. The parties indicate that they have scheduled a Mediation Conference on June 27, 2005, at 1:00pm. M. Joseph Lieb, Esq. has been chosen to conduct the mediation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

This Court takes notice of the parties' Joint Stipulation for Mediation (Doc. #17) and accepts the date and mediator chosen by the parties.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this __23rd__ day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record